## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JONATHAN ALEXANDER TOLEDO
GONZALES,

     *Petitioner*,

     v.

WARDEN OF FEDERAL
DETENTION CENTER
PHILADELPHIA, *et al.*,

     *Respondents*.

Civil Action No. 2:26-cv-01872

## STIPULATION AND ORDER

On March 30, 2026, the Court issued an order directing Respondents to file a response to the Petition for Writ of Habeas Corpus by April 2, 2026, and scheduling an evidentiary hearing for April 14, 2026. (ECF 3). On April 1, 2026, Respondents filed their response in accordance with the Court's order. After consulting, the parties agree and stipulate as follows:

1. To expeditiously resolve the petition, the parties hereby stipulate and agree to waive an evidentiary hearing and respectfully request that the Petition for Writ of Habeas Corpus be decided on the papers at the Court's earliest convenience.

1

Dated: April 8, 2026                          Respectfully submitted,

                                              DAVID METCALF
                                              United States Attorney


/s/ *Albert I. Robles*                        /s/ *Mark C. Priebe*
ALBERT I. ROBLES                              MARK C. PRIEBE
518 S. 3rd Street                             Assistant United States Attorney
Philadelphia, PA 19146                        615 Chestnut Street, Suite 1250
774-285-0412                                  Philadelphia, PA 19106
al@robleslaw.net                              Phone: (215) 861-8412
                                              Email: mark.priebe@usdoj.gov

*Counsel for Petitioner*                      *Counsel for Respondents*



**Accordingly, it is so ORDERED**:




                                              BY THE COURT:



Dated: April 9, 2026                          /s/  Harvey Bartle III
                                                                                    J.



2