IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JONATHAN ALEXANDER TOLEDO          :          CIVIL ACTION
GONZALES                           :
                                   :
          v.                       :
                                   :
MICHAEL ROSE, et al.               :          NO. 26-1872

ORDER

AND NOW, this 9th day of April 2026, for the reasons stated Coelho Lopes v. Jamison, No. 26-234, 2026 WL 299991 (E.D. Pa. Feb. 4, 2026),[1] it is hereby ORDERED that:

(1)  the Petition for Writ of Habeas Corpus by Jonathan Alexander Toledo Gonzales is GRANTED;

(2)  Jonathan Alexander Toledo Gonzales is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a);

(3)  The Government shall RELEASE Jonathan Alexander Toledo Gonzales from custody immediately and shall certify compliance with this Order by filing said certification on the docket no later than 2:00 P.M. EST on April 10, 2026;

---

[1]  Respondents now cite Buenrostro-Mendez v. Bondi, No. 25-20496, 2026 WL 323330 (5th Cir. Feb. 6, 2026), and Avila v. Bondi, No. 25-3248, 2026 WL 819258 (8th Cir. Mar. 25, 2026). These decisions had not been handed down when this court granted the writ of habeas corpus in Coelho Lopes. This court respectfully disagrees with the holdings in both cases and agrees with the dissents. In any event, Buenrostro-Mendez and Avila are not binding authority on courts in the Third Circuit.

(4)   The Government is temporarily enjoined from re-detaining Jonathan Alexander Toledo Gonzales for seven days following his release from custody;

(5)   If the Government chooses to pursue re-detention of Jonathan Alexander Toledo Gonzales after that seven-day period, it must first provide him with a bond hearing under 8 U.S.C. § 1226(a), at which a neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings;

(6)   Pending the ordered bond hearing, the Government cannot remove, transfer, or otherwise facilitate the removal of Jonathan Alexander Toledo Gonzales from the Eastern District of Pennsylvania before the ordered bond hearing.  If the immigration judge determines that Jonathan Alexander Toledo Gonzales is subject to detention under 8 U.S.C. § 1226(a), the Government may request permission from the undersigned to move Jonathan Alexander Toledo Gonzales if unforeseen or emergency circumstances arise that require him to be removed from the District.  Any such request must include an explanation for the request as well as a proposed destination.  The Court will then determine whether to grant the request and to permit his transfer; and

2

(7) The clerk of Court shall mark this case CLOSED.

BY THE COURT:

/s/  Harvey Bartle III
                                             J.

3